## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ING BANK N.V.,** | § | CIVIL ACTION NO. 2:15 – cv – 890 |
| | § | |
| v. | § | JUDGE AFRICK |
| | § | |
| **M/V NAVE COSMOS, IMO No.** | § | MAGISTRATE JUDGE SHUSHAN |
| **9457024, her engines, tackle, equipment,** | § | |
| **furniture, appurtenances, etc.,** *in rem* | § | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, ING Bank N.V. (hereafter "ING Bank"), through undersigned counsel, files this notice of dismissal of its Verified Complaint against defendant, M/V NAVE COSMOS, IMO No. 9457024, her engines, tackle, equipment, furniture, appurtenances, etc., *in rem* (hereafter the "Vessel"), without prejudice, as follows:

1.

On March 23, 2015, ING Bank filed its Verified Complaint against the Vessel.  (Doc. 1.)

2.

On that date, this Court entered an Order Authorizing a Warrant of Arrest of the Vessel (Doc. 6), which Warrant for Arrest (Doc. 8) was subsequently issued by the Clerk of Court, but not served on the Vessel.

3.

As of this date, no opposing party has filed any statement of right or interest, answer or motion for summary judgment.

4.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A) and (B), ING Bank hereby files this notice of dismissal of its Verified Complaint, without prejudice, to its rights in the future to commence other

litigation in this Court or in any other court or jurisdiction to arrest the Vessel that may be located within those districts or jurisdictions.

                    Respectfully submitted:

                    */s/ James D. Bercaw*

**JAMES D. BERCAW #20492**
**LAURA E. AVERY #35636**
**KING, KREBS & JURGENS, P.L.L.C.**
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
Email: jbercaw@kingkrebs.com
       lavery@kingkrebs.com

***Attorneys for ING Bank N.V.***